FILED '09 AUG 18 11:25 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN THOMAS SULLIVAN,                                          CV. 09-319-HU

        Petitioner,                                           ORDER

   v.

J.E. THOMAS,

        Respondent.

KING, Judge

   Petitioner's motion to voluntarily dismiss (#18) is GRANTED. This proceeding is DISMISSED, without prejudice.

   IT IS SO ORDERED.

   DATED this 18 day of August, 2009.

                                                     Garr M. King
                                                     United States District Judge

1 -- ORDER